## Commonwealth *v.* Reeves, Appellant.

Argued December 8, 1971. *E. William Heuser*, Assistant Public Defender, with him *Daniel C. Barrish*, Assistant Public Defender, for appellant; *Stewart J. Greenleaf*, Assistant District Attorney, with him *William T. Nicholas*, First Assistant District Attorney,

and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.